**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6573**

---

LARRY JOE STEVENS,

                                    Plaintiff - Appellant,

        versus

VIRGINIA PAROLE BOARD; JOHN B. METZGER, III,
Chairman; SANDRA L. COMBS; LINDA R. PITMAN;
WINNIE D. DIXON; JOSEPH F. LEWIS,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  James C. Cacheris, Chief Dis-
trict Judge. (CA-96-240-AM)

---

Submitted:  June 20, 1996          Decided:  July 2, 1996

---

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Larry Joe Stevens, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Stevens v. Virginia Parole Board</u>, No. CA-96-240-AM (E.D. Va. Feb. 28, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2